# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MAY 22, 2015

## NO. 03-13-00546-CV

**Ken Paxton, Attorney General of the State of Texas, Appellant**

**v.**

**City of Dallas, Appellee**

### APPEAL FROM 53RD DISTRICT COURT OF TRAVIS COUNTY
### BEFORE JUSTICES PURYEAR, GOODWIN, AND FIELD
### AFFIRMED -- OPINION BY JUSTICE FIELD

This is an appeal from the judgment signed by the trial court on July 11, 2013. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's judgment. Therefore, the Court affirms the trial court's judgment. Appellant shall pay all costs relating to this appeal, both in this Court and the court below.